IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50303
Summary Calendar
_____

JOHNNY ROBINSON,

Plaintiff-Appellant,

versus

DOUGLAS BANNISTER,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-93-CV-117
- - - - - - - - - -
July 17, 1995

Before JOLLY, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Johnny Robinson has applied for leave to appeal in forma
pauperis (IFP) the district court's order dismissing his action
for failure to provide sufficient information to effect service
on defendant Douglas Bannister, pursuant to Fed. R. Civ. P. 4(m).
To be granted leave to appeal IFP, Robinson must demonstrate that

_____

[*]      Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

he will present a nonfrivolous issue on appeal.  Carson v.
Polley, 689 F.2d 562, 586 (5th Cir. 1982).

Robinson argues that he has raised claims cognizable for
relief under § 1983 when he alleged that defendant Bannister used
excessive force against him.  Robinson does not challenge whether
the district court properly dismissed his action pursuant to Rule
4(m) for failure to provide sufficient information to have
Bannister served within 120 days, which is the only proper issue
on appeal.  Consequently, he does not address the correct issue
on appeal.  Therefore, this court need not consider it.  See
Brinkmann v. Abner, 813 F.2d 744, 748 (5th Cir. 1987).

Because Robinson has failed to identify a non-frivolous
issue, the motion for leave to proceed IFP on appeal is DENIED
and the appeal is DISMISSED.  Howard v. King, 707 F.2d 215, 219-
20 (5th Cir. 1983); 5th Cir. R.42.2.